**FILED**

March 31, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

BY: _____ **NM** _____

DEPUTY

SORAYA GUALINGA MANYA and
Z.S.G.M.,

§
§
§

Petitioners,

§
§

NO. SA-26-CV-1400-OLG

v.

§
§
§

MARKWAYNE MULLIN *et al.*,[1]

§
§

Respondents.

§
§

## ORDER

Pending before the Court is Petitioners' reply, wherein they assert that they "have been released . . . and are no longer being wrongfully detained." Dkt. No. 8 at 2. Because the relief sought in this habeas proceeding has been granted, this action is now moot. *See, e.g., Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021). Accordingly, the Verified Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on March _____, 2026.

_____

ORLANDO L. GARCIA
United States District Judge

_____

[1]Markwayne Mullin became the Secretary of the Department of Homeland Security on March 24, 2026. As a result, he is automatically substituted as a Respondent in this action. *See* FED. R. CIV. P. 25(d).